## 7598. HORTON *v.* UNION STORE.

BROYLES, P. J. 1. Where a tenant sublets land without the landlord's permission, the landlord is entitled to make his rent out of the crop grown on the land by the subtenant, on a distress warrant issued against the principal tenant. Civil Code, § 3340; *Alston* v. *Wilson,* 64 *Ga.* 482; *Andrew* v. *Stewart,* 81 *Ga.* 53 (7 S. E. 169); *Thompson* v. *Commercial Guano Co.,* 93 *Ga.* 282 (20 S. E. 309); *Hudson* v. *Stewart,* 110 *Ga.* 37, 40, 41 (35 S. E. 178); *Leonard* v. *Fields,* 143 *Ga.* 479, 481 (85 S. E. 315); *Long* v. *Clark,* 16 *Ga. App.* 355 (85 S. E. 358).

2. Under the ruling of the authorities cited in the preceding headnote and the agreed statement of facts in the instant case, the court, exercising by consent the functions of both judge and jury, did not err in rendering judgment in favor of the plaintiff in the distress warrant.

*Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*

DECIDED JANUARY 23, 1917.

Levy and claim; from city court of Sparta—Judge Moore. May 27, 1916.

*T. M. Hunt,* for plaintiff in error. *Burwell & Fleming,* contra.

---

## 7617. CLEARY & COMPANY *v.* FAWCETT.

BROYLES, P. J. 1. Under the evidence submitted, the written assignment by one Sipple to the defendant in error of all moneys, debts, claims, or demands then due or thereafter to become due to him by the Georgia-Carolina Lumber Company was a valid assignment.

2. The evidence authorized a finding that the defendant in error did not waive or abandon his rights under the assignment; and that although he allowed Sipple from time to time, after the making of the assignment, to collect money from the lumber company, Sipple in so doing was acting merely as the agent of the defendant in error, and that he turned over the money so collected to the defendant in error.

3. The court, exercising by consent the functions of both judge and jury, did not err in rendering a judgment in favor of the defendant in error.

*Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*

DECIDED JANUARY 23, 1917.

Garnishment; from city court of Savannah—Judge Davis Freeman. May 15, 1916.

*Shelby Myrick,* for plaintiffs in error.

*J. R. Fawcett, Edwin A. Cohen,* contra.